EXHIBIT "A"

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LOWE'S HOME CENTERS, LLC,
DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
EFFIE VISSER

Electronically Filed
4/4/2022 1:58 PM
Superior Court of California
County of Stanislaus
Clerk of the Court
By: Sonia Krohn, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER |
|---|---|
| | *(Número del Caso)*  CV-22-001397 |

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Stanislaus
801 10th Street, 4th Floor
Modesto, CA 95354

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT J. ANAYA SBN 153195 Law Office of Robert J. Anaya
821 13th Street, Suite E, Modesto, CA 95354; Tel. (209) 522-7500

DATE: 4/4/2022 1:58 PM           Clerk, by _____, Deputy
*(Fecha)*                        *(Secretario)*                      *(Adjunto)*
                                                                    Sonia Krohn

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| | | |
|---|---|---|
| Form Adopted for Mandatory Use | **SUMMONS** | Page 1 of 1 |
| Judicial Council of California | | Code of Civil Procedure §§ 412.20, 465 |
| SUM-100 [Rev. July 1, 2009] | | www.courtinfo.ca.gov |

CEB® Essential Forms
ceb.com™

Effie Visser

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
ROBERT J. ANAYA SBN 153195
Law Office of Robert J. Anaya
821 13th Street, Suite E
Modesto, CA 95354
TELEPHONE NO.: (209) 522-7500          FAX NO.*(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:  Plaintiff Effie Visser

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Stanislaus
STREET ADDRESS: 801 10th Street, 4th Floor
MAILING ADDRESS: 801 10th Street, 4th Floor
CITY AND ZIP CODE: Modesto, CA 95354
BRANCH NAME: Civil Unlimited Division

PLAINTIFF:  EFFIE VISSER

DEFENDANT:  LOWE'S HOME CENTERS, LLC

[X] DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number)*:

**Type** *(check all that apply)*:
[ ] MOTOR VEHICLE   [X] OTHER *(specify)*:   Premises Liability
[ ] Property Damage        [ ] Wrongful Death
[X] Personal Injury        [ ] Other Damages *(specify)*:

**Jurisdiction** *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

FOR COURT USE ONLY

Electronically Filed
4/1/2022 8:00 AM
Superior Court of California
County of Stanislaus
Clerk of the Court
By: Juan Medina, Deputy

$435 FEES NOT PAID

CASE NUMBER:
CV-22-001397

1. Plaintiff *(name or names)*: EFFIE VISSER

   alleges causes of action against defendant *(name or names)*:  LOWE'S HOME CENTERS, LLC, and DOES 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

Freeland, John D
This case has been assigned to Judge
Dept. 23
Department _____ , for all purposes including Trial.

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
CEB® Essential Forms
ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Effie Visser

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

SHORT TITLE:
VISSER vs. LOWE'S HOME CENTERS, LLC

Case 1:22-cv-01110-JLT-EPG   Document 1-1   Filed 09/01/22   Page 4 of 24

CASE NUMBER:

PLD-PI-001

4. ☐ Plaintiff (name): EFFIE VISSER
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      LOWE'S HOME CENTERS, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 60-100 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-100 _____ are persons whose capacities are unknown to
      plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

CEB Essential
ceb.com Forms

Effie Visser

SHORT TITLE: VISSER vs. LOWE'S HOME CENTERS, LLC

CASE NUMBER:

PLD-PI-001

Case 1:22-cv-01110-JLT-EPG   Document 1-1   Filed 09/01/22   Page 5 of 24

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐   Motor Vehicle
   b. ☐   General Negligence
   c. ☐   Intentional Tort
   d. ☐   Products Liability
   e. ☒   Premises Liability
   f. ☐   Other *(specify)* :

11. Plaintiff has suffered
   a. ☐   wage loss
   b. ☐   loss of use of property
   c. ☒   hospital and medical expenses
   d. ☒   general damage
   e. ☐   property damage
   f. ☐   loss of earning capacity
   g. ☒   other damage *(specify)* :
      other significant special damages, including but not limited to future medical, the extent of which are presently unknown to plaintiff, and anticipated residuals.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐   listed in Attachment 12.
   b. ☐   as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   (1) ☒ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 3/31/2022

ROBERT J. ANAYA
(TYPE OR PRINT NAME)

▶ _(signature)_

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Effie Visser

PLD-PI-001 [Rev. January 1, 2007]

CEB | Essential Forms
ceb.com

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

CASE NUMBER:

__FIRST__                    **CAUSE OF ACTION - Premises Liability**                    Page _4_
(number)

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* EFFIE VISSER
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* April 23, 2020                        plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
Plaintiff was at Defendants' store to look at merchandise offered by Defendants at their
Modesto, Stanislaus County, California location. .
Plainiff was seriously injured when she fell as a result of tripping over an unsecured cable
used by Defendants, which had been left loose in the aisleway. No warnings were given.

Prem.L-2.    [X] **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):*
LOWE'S HOME CENTERS, LLC

[X] Does __1__ to __29__

Prem.L-3.    [X] **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):* LOWE'S HOME CENTERS, LLC

[X] Does __30__ to __59__
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.    [ ] **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on
which a dangerous condition existed were *(names):*

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names):*
Unknown architects, engineers, vendors, contractors and subcontractors, as hired,
designed, managed, maintained, inspected and authorized, to stock, mantain, supply,
inspect and keep safe, as will be determined .
[X] Does __60__ to __100__
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Effie Visser

VISSER VS LOWE'S HOME CENTERS, LLC

CASE NUMBER:

---

SECOND   **CAUSE OF ACTION- General Negligence**   Page 5

(number)

ATTACHMENT TO ☒ Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   EFFIE VISSER

alleges that defendant *(name)*:

LOWE'S HOME CENTERS, LLC

☒ Does   1   to 100

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:   APRIL 23, 2020
at *(place)*:   LOWE'S HOME CENTERS, LLC, 3801 Pelandale Avenue, Modesto, Stanislaus County, CA

*(description of reasons for liability)* :

Defendants,  its employees, contractors, subcontractors, agents, representatives, vendors, and affiliates, and each of them, had a duty to keep Plaintiff safe from injury at said premises.

Defendants, its employees, contractors, subcontractors, agents, representatives, vendors, and affiliates, and each of them, breached said duty by allowing an unsafe condition to be created and/or maintained  on said premises.

Defendants, its employees, architects, engineers, contractors, subcontractors, agents, representatives, vendors, and affiliates, and each of them, designed, engineered, manufactured, and modified the condition of said premises which created the unsafe hazard which was foreseeable.

Defefendants' breach of those duties proximately caused Plaintiff to be seriously injured as a result of said breach(es). Said defendants, and each of them, failed to warn Plaintiff of the unsafe condition.

Plaintiff has been seriously injured and suffered serious damages as a result of the injuries suffered as a proximate result of Defendants' actions and ommissions to act, including but not limited to the giving of any warning to Plaintiff.

Plaintiff has suffered physical injuries, pain and suffering, general damages, special damages, loss of mobility as residual injuries with future pain and suffering, together with unknown  future medical expenses and special damages.

---

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION- General Negligence**

Page 1 of 1

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

CEB  Essential Forms
ceb.com

Visser, Effie

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBERT J. ANAYA, SBN# 153195
LAW OFFICE OF ROBERT J. ANAYA
821 13th STREET, SUITE E
MODESTO, CA 95354
Tel.: (209) 522-7500

Attorney for Plaintiff
EFFIE VISSER

Electronically Filed
4/4/2022 1:58 PM
Superior Court of California
County of Stanislaus
Clerk of the Court
By: Sonia Krohn, Deputy

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS

## UNLIMITED CIVIL DIVISION

EFFIE VISSER,

      Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC,
DOES 1-100,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: CV-22-001397

**NOTICE OF ERRATA**

TO: THE COURT, LOWE'S HOME CENTERS, LLC, DOES 1-100, AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE**  that Plaintiff submits the following NOTICE OF ERRATA, as follows:

The DOCUMENT titled "COMPLAINT- Personal Injury" form, originally filed with the Stanislaus Court on April 1, 2022, does not reflect the box labeled "General Negligence" as being checked in Paragraph 10 (b) on Page 3 of said complaint in the court records. Attached is corrected copy of said page as Exhibit "A".

Dated: April 4, 2022

ROBERT J. ANAYA, Attorney for
Plaintiff, EFFIE VISSER

NOTICE OF ERRATA

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

VISSER vs. LOWE'S HOME CENTERS, LLC

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify)* :

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify)* :
      other significant special damages, including but not limited to future medical,  the extent of which are presently unknown to plaintiff, and anticipated residuals.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 3/31/2022

ROBERT J ANAYA
(TYPE OR PRINT NAME)

▶

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

CEB Essential Forms
ceb.com

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

Effie Visser

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

**PLD-PI-001**

ROBERT J. ANAYA SBN 153195
Law Office of Robert J. Anaya
821 13th Street, Suite E
Modesto, CA 95354

TELEPHONE NO.: (209) 522-7500     FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*  Plaintiff Effie Visser

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Stanislaus
STREET ADDRESS: 801 10th Street, 4th Floor
MAILING ADDRESS: 801 10th Street, 4th Floor
CITY AND ZIP CODE: Modesto, CA 95354
BRANCH NAME: Civil Unlimited Division

FOR COURT USE ONLY

Electronically Filed
4/1/2022 8:00 AM
Superior Court of California
County of Stanislaus
Clerk of the Court
By: Juan Medina, Deputy

$435 FEES NOT PAID

PLAINTIFF: EFFIE VISSER

DEFENDANT: LOWE'S HOME CENTERS, LLC

☒ DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED *(Number):*

Type *(check all that apply):*
☐ MOTOR VEHICLE   ☒ OTHER *(specify):*  Premises Liability
  ☐ Property Damage   ☐ Wrongful Death
  ☒ Personal Injury   ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded   ☐ does not exceed $10,000
                     ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:
CV-22-001397

1. Plaintiff *(name or names):* EFFIE VISSER

   alleges causes of action against defendant *(name or names):*  LOWE'S HOME CENTERS, LLC, and DOES 1-100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   b. ☐ except plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

Freeland, John D
This case has been assigned to Judge
Dept. 23
Department _____ , for all purposes including Trial.

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
ceb.com  **CEB | Essential Forms**

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Effie Visser

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

SHORT TITLE: VISSER vs. LOWE'S HOME CENTERS, LLC | CASE NUMBER: | PLD-PI-001

4. Plaintiff (name): EFFIE VISSER
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      LOWE'S HOME CENTERS, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):

      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 60-100 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1-100 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☒ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]

CEB.com Essential Forms

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Effie Visser

SHORT TITLE:
VISSER vs. LOWE'S HOME CENTERS, LLC

Case 1:22-cv-01110-JLT-EPG   Document 1-1   Filed 09/01/22   Page 13 of 24   PLD-PI-001

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify)* :

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify)* :
      other significant special damages, including but not limited to future medical, the extent of which are presently unknown to plaintiff, and anticipated residuals.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 3/31/2022

ROBERT J. ANAYA
(TYPE OR PRINT NAME)

▶

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Effie Visser

PLD-PI-001 [Rev. January 1, 2007]

CEB Essential Forms
ceb.com

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

SHORT TITLE:
VISSER vs. LOWE'S HOME CENTERS, LLC

CASE NUMBER:

PLD-PI-001(4)

FIRST
(number)

**CAUSE OF ACTION - Premises Liability**

Page 4

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* EFFIE VISSER
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* April 23, 2020                                plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
Plaintiff was at Defendants' store to look at merchandise offered by Defendants at their
Modesto, Stanislaus County, California location. .
Plainiff was seriously injured when she fell as a result of tripping over an unsecured cable
used by Defendants, which had been left loose  in the aisleway. No warnings were given.

Prem.L-2.    [X] **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):*
LOWE'S HOME CENTERS, LLC

[X] Does    1    to    29

Prem.L-3.    [X] **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):* LOWE'S HOME CENTERS, LLC

[X] Does    30    to    59
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.    [ ] **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on
which a dangerous condition existed were *(names):*

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names):*
Unknown architects, engineers, vendors, contractors and subcontractors, as hired,
designed, managed, maintained, inspected and authorized, to stock, mantain, supply,
inspect and keep safe, as will be determined .
[X] Does    60    to    100
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CEB Essential Forms
ceb.com

**CAUSE OF ACTION - Premises Liability**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Effie Visser

PLD-PI-001(2)

SHORT TITLE:
VISSER VS LOWE'S HOME CENTERS, LLC

CASE NUMBER:

SECOND
(number)

**CAUSE OF ACTION- General Negligence**     Page 5

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  EFFIE VISSER

alleges that defendant *(name)*:

LOWE'S HOME CENTERS, LLC

☒ Does    1    to  100

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:   APRIL 23, 2020
at *(place)*:    LOWE'S HOME CENTERS, LLC, 3801 Pelandale Avenue, Modesto, Stanislaus County, CA

*(description of reasons for liability)*:

Defendants,  its employees, contractors, subcontractors, agents, representatives, vendors, and affiliates, and each of them, had a duty to keep Plaintiff safe from injury at said premises.

Defendants, its employees, contractors, subcontractors, agents, representatives, vendors, and affiliates, and each of them, breached said duty by allowing an unsafe condition to be created and/or maintained  on said premises.

Defendants, its employees, architects, engineers, contractors, subcontractors, agents, representatives, vendors, and affiliates, and each of them, designed, engineered, manufactured, and modified the condition of said premises which created the unsafe hazard which was foreseeable.

Defendants' breach of those duties proximately caused Plaintiff to be seriously injured as a result of said breach(es). Said defendants, and each of them, failed to warn Plaintiff of the unsafe condition.

Plaintiff has been seriously injured and suffered serious damages as a result of the injuries suffered as a proximate result of Defendants' actions and ommissions to act, including but not limited to the giving of any warning to Plaintiff.

Plaintiff has suffered physical injuries, pain and suffering, general damages, special damages, loss of mobility as residual injuries with future pain and suffering, together with unknown  future medical expenses and special damages.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CEB® | Essential Forms®
ceb.com

**CAUSE OF ACTION- General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Visser, Effie

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):
ROBERT J. ANAYA SBN 153195
Law Office of Robert J. Anaya
821 13th Street, Suite e
Modesto, CA 95354
TELEPHONE NO.: (209) 522-7500     FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff, Effie Visser

**FOR COURT USE ONLY**

Electronically Filed
4/1/2022 8:00 AM
Superior Court of California
County of Stanislaus
Clerk of the Court
By: Juan Medina, Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS**
Street Address:        City Towers Bldg., 801 10th St, 4th Floor, Modesto, CA 95354
Civil Clerk's Office:  801 10th St, 4th Floor, Modesto, CA 95354

Plaintiff/Petitioner:     EFFIE VISSER

Defendant/Respondent:  LOWE'S HOME CENTERS, LLC

| NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER: CV-22-001397 |
|---|---|

1. NOTICE is given that a **Case Management Conference** has been scheduled as follows:
   Date: Hearing: 8/1/2022 9:00 AM     Time:
   This case is assigned to Judge Freeland, John D     , Dept Dept. 23     ☐ AM ☐ PM     , for all purposes, including trial.

   *Departments 21 & 22 are located at 801 10th Street, 6th Floor, Modesto, CA 95354
   *Departments 23 & 24 are located at 801 10th Street, 4th Floor, Modesto, CA 95354
   **All filings shall be filed in the Clerk's Office at the City Towers, 4th Floor address.**

   You have 30 calendar days to file a written response with this court after the legal papers and the summons were served on you. You must also serve a copy of your written response on the plaintiff.

2. You must file and serve a completed *Case Management Conference Statement* at least **fifteen (15) calendar days** before the case management conference.

3. You must be familiar with the case and be fully prepared to participate effectively in the case management conference.

4. At the case management conference the Court may make pretrial orders, including the following:
   a. An order establishing a discovery schedule.
   b. An order referring the case to arbitration.
   c. An order dismissing fictitious defendants.
   d. An order scheduling exchange of expert witness information.
   e. An order setting subsequent conferences and the trial date.
   f. Other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 38600 et seq.).

Date: 4/1/2022 8:00 AM     by _____ Juan Medina  Deputy Clerk

---

**--SANCTIONS--**

If you do not file the *Case Management Statement* required by local rule, or attend the case management conference or participate effectively in the conference, the court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).

CVC03 (Rev. 11/10)
(Mandatory Form)
CEB | Essential Forms
ceb.com

**NOTICE OF CASE MANAGEMENT CONFERENCE**

Page 1 of 2

## Rule 3.110. Time for Service of Complaint, Cross-Complaint, and Response

**(a)**  [Application] This rule applies to the service of pleadings in civil cases except for collection cases under Rule 3.740 (a), Unlawful detainer actions, proceedings, under the Family Code, and other proceedings for which different service requirements are prescribed by law.

**(b)**  [Service of complaint] The complaint must be served on all named defendants and proofs of service on those defendants must be filed with the court within 60 days after the filing of the complaint. When the complaint is amended to add a defendant, the added defendant must be served and proof of service must be filed within 30 days after the filing of the amended complaint.

**(c)**  [Service of cross-complaint] A cross-complaint against a party who has appeared in the action must be accompanied by proof of service of the cross-complaint at the time it is filed. If the cross-complaint adds new parties, the cross-complaint must be served on all parties and proofs of service on the new parties must be filed within 30 days of the filing of the cross-complaint.

**(d)**  [Timing of responsive pleadings] The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint.

**(e)**  [Modification of timing: application for order extending time] The court, on its own motion or on the application of a party, may extend or otherwise modify the times provided in (b)-(d). An application for a court order extending the time to serve a pleading must be filed before the time for service has elapsed. The application must be accompanied by a declaration showing why service has not been completed, documenting the efforts that have been made to complete service, and specifying the date by which service is proposed to be completed.

**(f)**  [Failure to serve] If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an Order to Show Cause why sanctions shall not be imposed.

**(g)**  [Request for entry of default] If a responsive pleading is not served within the time limits specified in this rule and no extension of time has been granted, the plaintiff must file a request for entry of default within 10 days after the time for service has elapsed. The court may issue an Order to Show Cause why sanctions should not be imposed if the plaintiff fails to timely file the request for the entry of default.

**(h)**  [Default judgment] When a default is entered, the party who requested the entry of default must obtain a default judgment against the defaulting party within 45 days after the default was entered, unless the court has granted an extension of time. The court may issue an Order to Show Cause why sanctions should not be imposed if that party fails to obtain entry of judgment against a defaulting party or to request an extension of time to apply for a default judgment within that time.

**(i)**  [Order to Show Cause] Responsive papers to an Order to Show Cause issued under this rule must be filed and served at least 5 calendar days before the hearing.


Visser, Effie

ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* Case 2:22-cv-01345-MEMF-SK Document 5 Filed 09/01/22 TELEPHONE NO.: Page 18 of 24 FOR COURT USE ONLY

ATTORNEY FOR *(NAME)*:

Insert name of court, judicial district or branch court, if any, and post office and street address:

PLAINTIFF:

DEFENDANT:

## ANSWER-Personal Injury, Property Damage, Wrongful Death
- [ ] **COMPLAINT OF (name):**
- [ ] **CROSS-COMPLAINT OF** *(name)*:

CASE NUMBER:

1. This pleading, including attachments and exhibits, consists of the following number of pages: _____

**DEFENDANT OR CROSS-DEFENDANT (name):**

2. [ ] Generally **denies** each allegation of the **unverified** complaint or cross-complaint.

3. a. [ ] DENIES each allegation of the following numbered paragraphs:

   b. [ ] ADMITS each allegation of the following numbered paragraphs:

   c. [ ] DENIES, ON INFORMATION AND BELIEF, each allegation of the following numbered paragraphs:

   d. [ ] DENIES, BECAUSE OF LACK OF SUFFICIENT INFORMATION OR BELIEF TO ANSWER, each allegation of the following numbered paragraphs:

   e. [ ] ADMITS the following allegations and generally denies all other allegations:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-003 [Rev. January 1, 2007]

**ANSWER - Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure § 425.12
*www.courtinfo.ca.gov*

CEB | Essential Forms
ceb.com

**ANSWER**-Personal Injury, Property Damage, Wrongful Death

f. ☐ DENIES the following allegations and admits all other allegations:

g. ☐ Other *(specify):*

**AFFIRMATIVELY ALLEGES AS A DEFENSE**

4. ☐ The comparative fault of plaintiff or cross-complainant  *(name)* :
as follows:

5. ☐ The expiration of the Statute of Limitations as follows:

6. ☐ Other *(specify):*

7. DEFENDANT OR CROSS-DEFENDANT PRAYS
For costs of suit and that plaintiff or cross-complainant take nothing.
☐ Other *(specify):*

_____
(Type or print name)

_____
(Signature of party or attorney)

CEB | Essential Forms
ceb.com

CM-110

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |

TELEPHONE NO.:                                FAX NO.*(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

  STREET ADDRESS:

  MAILING ADDRESS:

  CITY AND ZIP CODE:

  BRANCH NAME:

  PLAINTIFF/PETITIONER:

  DEFENDANT/RESPONDENT:

| | |
|---|---|
| **CASE MANAGEMENT STATEMENT**<br>*(Check one):* ☐ **UNLIMITED CASE**    ☐ **LIMITED CASE**<br>(Amount demanded      (Amount demanded is $25,000<br>exceeds $25,000)        or less) | CASE NUMBER: |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date:                          Time:                  Dept.:          Div.:              Room:

Address of court *(if different from the address above):*

☐ **Notice of Intent to Appear by Telephone, by** *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐ This statement is submitted by party *(name):*
   b. ☐ This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ The complaint was filed on *(date):*
   b. ☐ The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐ All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐ The following parties named in the complaint or cross-complaint
      (1) ☐ have not been served *(specify names and explain why not):*
      (2) ☐ have been served but have not appeared and have not been dismissed *(specify names):*
      (3) ☐ have had a default entered against them *(specify names):*
   c. ☐ The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served):*

4. **Description of case**
   a. Type of case in ☐ complaint ☐ cross-complaint *(Describe, including causes of action):*

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

CEB Essential Forms
ceb.com

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720-3.730
www.courts.ca.gov

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4.  b.  Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**
The party or parties request  ☐ a jury trial  ☐ a nonjury trial.  *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**
a.  ☐ The trial has been set for *(date):*
b.  ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.  Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.  ☐ days *(specify number):*
b.  ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial  ☐ by the attorney or party listed in the caption  ☐ by the following:
a.  Attorney:
b.  Firm:
c.  Address:
d.  Telephone number:             f.  Fax number:
e.  E-mail address:               g.  Party represented:
☐ Additional representation is described in Attachment 8.

9.  **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**
a.  **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1)  For parties represented by counsel: Counsel  ☐ has  ☐ has not provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.
(2)  For self-represented parties: Party  ☐ has  ☐ has not reviewed the ADR information package identified in rule 3.221.

b.  **Referral to judicial arbitration or civil action mediation** (if available).
(1)  ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.
(2)  ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
(3)  ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10.  c.   Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled <br> ☐ Mediation session scheduled for *(date):* <br> ☐ Agreed to complete mediation by *(date):* <br> ☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled <br> ☐ Settlement conference scheduled for *(date):* <br> ☐ Agreed to complete settlement conference by *(date):* <br> ☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled <br> ☐ Neutral evaluation scheduled for *(date):* <br> ☐ Agreed to complete neutral evaluation by *(date):* <br> ☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled <br> ☐ Judicial arbitration scheduled for *(date):* <br> ☐ Agreed to complete judicial arbitration by *(date):* <br> ☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled <br> ☐ Private arbitration scheduled for *(date):* <br> ☐ Agreed to complete private arbitration by *(date):* <br> ☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled <br> ☐ ADR session scheduled for *(date):* <br> ☐ Agreed to complete ADR session by *(date):* <br> ☐ ADR completed on *(date):* |

**CASE MANAGEMENT STATEMENT**

CEB® ceb.com Essential Forms

**CM-110**

| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| | | |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

**CASE MANAGEMENT STATEMENT**

CEB® Essential Forms<br>ceb.com

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

17. **Economic litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

18. **Other issues**
   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

19. **Meet and confer**
   a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

   b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. **Total number of pages attached** *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

▶

_____          _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY)

▶

_____          _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CEB® | Essential Forms
ceb.com | ⌐Forms