STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFFIE VISSER,<br><br>  Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1 TO 100,<br><br>  Defendants. | Case No.: 1:22-cv-01110-DJC-JDP<br>*[Stanislaus County Superior Court Case No.: CV-22-001397]*<br><br>[Assigned to Hon. Daniel J. Calabretta District Judge; Hon. Jeremy D. Peterson Magistrate Judge]<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: April 1, 2022 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, EFFIE VISSER is hereby dismissed in its entirety, with prejudice.

Dated: December 21, 2023          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

- 1 -
**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**